# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAYA GWENLYN JONES

NO. 2025 KW 0396

**JULY 14, 2025**

---

In Re:    Maya Gwenlyn Jones, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 844147.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

CHH
BDE
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT